# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA14 | E2090287 | Cpl Krusl | 247 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR ☒ USC □ State Code |
|---|---|
| 07032026 5:48 pm | 18 USC 795 |

Place of Offense
Bldg. 1001 West gate, Edwards AFB CA 93524

Offense Description: Factual Basis for Charge HAZMAT □
IVO 18 USC 795. Illegal photography and videography of a federal installation.

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Imani | M |

Street Address
[redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| DV60225 | CA | | Ford shelby | blue |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| US Court House 510 19th St Bakersfield, CA 93301 | Date: <br> Time: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2090287*

CVB SCAN 08/05/2026 10:20

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3 July, 20 26 while exercising my duties as a law enforcement officer in the Eastern District of California

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/03/2026 ____________ Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________ U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/05/2026 10:20