ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMANI M SMITH,<br><br>Defendant. | Case No. 5:26-po-00190-CDB<br><br>[Citation # E2090287, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00190-CDB against IMANI M SMITH [Citation #E2090287, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 15, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:26-po-00190-CDB [Citation #E2090287, CA14] against IMANI M SMITH, be dismissed, without prejudice, in the interest of justice.

DATED: __________________, 2026

___________________________________
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE